DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
FEB - 6 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARIA C. MANGOBA

Chapter 13
Case No. 08-3-2232 DM

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1.14 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 20 | CLERK OF THE COURT FOR ONEWEST BANK/INDYMAC FED 7700 W PARMER LANE , BLDG D AUSTIN, TX 78729 | $1.14 |

Dated:  February 5, 2014

_____
CECILIA MARCELO
Receipts Administrator

Case: 08-32232    Doc# 72    Filed: 02/06/14    Entered: 02/07/14 15:26:36    Page 1 of 1