# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARIA C. MANGOBA                                Case No.: 08-3-2232 DM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/21/2008.
2) The plan was confirmed on 03/11/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 01/10/2014.
6) Number of months from filing or conversion to last payment: 62.
7) Number of months case was pending: 63.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 83,107.07.
10) Amount of unsecured claims discharged without full payment: 319,953.70.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $18,960.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $18,960.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $4,950.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,481.97 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,431.97 |
| Attorney fees paid and disclosed by debtor: | $200.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLIANCE ONE RECEIVABLES | Other | NA | NA | NA | .00 | .00 |
| ALLIANCE ONE RECEIVABLES MANAGE | Other | NA | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | Other | NA | NA | NA | .00 | .00 |
| AMC MORTGAGE SERVICES | Other | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL - DEPT OF JUSTI | Other | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Other | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Other | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 25,821.45 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 26,530.93 | NA | NA | .00 | .00 |
| BARRETT DAFFIN FRAPPIER TREDER & | Other | NA | .00 | .00 | .00 | .00 |
| BLOOMINGDALES | Other | NA | NA | NA | .00 | .00 |
| BLOOMINGDALES | Other | NA | NA | NA | .00 | .00 |

Case: 08-32232   Doc# 74   Filed: 03/18/14   Entered: 03/18/14 07:58:34

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: MARIA C. MANGOBA      Case No.: 08-3-2232 DM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CA EMPLOYMENT DEVELOPMENT DEPT | Other | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Other | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Other | NA | NA | NA | .00 | .00 |
| CHASE / BANK ONE CARD SERVICES | Other | NA | NA | NA | .00 | .00 |
| CHASE CARDMEMBER SERVICES | Other | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Other | NA | NA | NA | .00 | .00 |
| CITI CARD | Other | NA | NA | NA | .00 | .00 |
| CITI CARDS | Other | NA | NA | NA | .00 | .00 |
| CITI RESIDENTAL LENDING | Other | NA | NA | NA | .00 | .00 |
| CITI RESIDENTIAL LENDING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CITY OF ELK GROVE UTILITY BILLING | Unsecured | 109.96 | NA | NA | .00 | .00 |
| CITY OF LAS VEGAS | Secured | NA | 565.33 | .00 | .00 | .00 |
| CLARK COUNTY WATER RECLAMATION | Unsecured | 194.12 | NA | NA | .00 | .00 |
| CLERK OF THE COUR FOR | Unsecured | 551.91 | 549.16 | 549.16 | 10.11 | .00 |
| CLERK OF THE COURT FOR | Unsecured | 120,660.62 | 122,999.36 | 122,999.36 | 2,257.81 | .00 |
| CLERK OF THE COURT FOR | Secured | 1.00 | .00 | .00 | .00 | .00 |
| COAST TO COAST FINANCIAL | Other | NA | NA | NA | .00 | .00 |
| COLLECTCORP | Other | NA | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LENDING | Unsecured | 1.00 | NA | NA | .00 | .00 |
| COUNTY OF SACRAMENTO | Unsecured | 1.00 | NA | NA | .00 | .00 |
| CR TITLE SERVICES INC | Other | NA | NA | NA | .00 | .00 |
| CRYSTAL RIDGE HOA | Unsecured | 312.22 | NA | NA | .00 | .00 |
| DEPARTMENT OF FINANCE & BUSINES | Unsecured | 570.27 | NA | NA | .00 | .00 |
| DEUTSCHE BANK NTL TRUST/ONEWES | Secured | 652,000.00 | 661,854.80 | 661,854.80 | .00 | .00 |
| DEUTSCHE BANK NTL TRUST/ONEWES | Secured | 8,355.54 | 8,719.59 | 388.25 | 388.25 | 1,220.02 |
| DISCOVER | Other | NA | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 4,093.00 | 23,905.46 | 23,905.46 | 439.17 | .00 |
| DISCOVER CARD | Other | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP ASSIGNEE | Unsecured | 6,958.26 | 7,110.81 | 7,110.81 | 130.62 | .00 |
| ECAST SETTLEMENT CORP ASSIGNEE | Unsecured | 26,530.93 | 22,221.08 | 22,221.08 | 408.23 | .00 |
| ECAST SETTLEMENT CORP ASSIGNEE | Unsecured | 13,023.56 | 13,023.56 | 13,023.56 | 239.23 | .00 |
| ECAST SETTLEMENT CORP. ASSIGNEE | Unsecured | 8,287.68 | 9,099.81 | 9,099.81 | 167.17 | .00 |
| FDS BANK/BLOOMINGDALES | Unsecured | 4,158.73 | 4,158.73 | 4,158.73 | 76.34 | .00 |
| FDS BANK/MACYS | Unsecured | 5,015.13 | 6,899.72 | 6,899.72 | 126.75 | .00 |
| FIA CARD SERVICES | Other | NA | NA | NA | .00 | .00 |
| FIDELITY NATIONAL INSURANCE COMP | Unsecured | 794.00 | NA | NA | .00 | .00 |
| FOCUS RECEIVABLES MANAGEMENT, I | Other | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Other | NA | NA | NA | .00 | .00 |
| GE MONEY BANK/BANANA REPUBLIC | Other | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: MARIA C. MANGOBA                                  Case No.: 08-3-2232 DM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GINA TCHIKAVANI & CLARIN G. TAMBO | Unsecured | 4,000.00 | NA | NA | .00 | .00 |
| HOME DEPOT | Other | NA | NA | NA | .00 | .00 |
| HOME DEPOT CREDIT SERVICES | Other | NA | NA | NA | .00 | .00 |
| HOMEQ SERVICING | Other | NA | NA | NA | .00 | .00 |
| HSB | Other | NA | NA | NA | .00 | .00 |
| HSBC RETAIL SERVICES | Other | NA | NA | NA | .00 | .00 |
| I C SYSTEMS | Other | NA | NA | NA | .00 | .00 |
| INDYMAC BANK | Secured | 12,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Other | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 382.43 | 986.18 | 986.18 | 16.01 | .00 |
| LVNV FUNDING LLC/IT SUCCESSORS A | Unsecured | 3,792.08 | 4,033.09 | 4,033.09 | 74.24 | .00 |
| MACYS/DSNB | Unsecured | 1,884.59 | NA | NA | .00 | .00 |
| NATINWIDE CREDIT INC | Other | NA | NA | NA | .00 | .00 |
| NORTHLAND GROUP INC | Other | NA | NA | NA | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Other | NA | NA | NA | .00 | .00 |
| OMNI CREDIT SERVICES | Other | NA | NA | NA | .00 | .00 |
| PACIFIC SERVICE CREDIT UNION | Secured | 746.90 | 27,081.06 | .00 | .00 | 6,780.42 |
| PATELCO CREDIT UNION | Unsecured | 17,960.25 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT, LLC AS AGE | Unsecured | 2,456.38 | 2,731.71 | 2,731.71 | 50.15 | .00 |
| PRA RECEIVABLES MGMT, LLC AS AGE | Unsecured | 4,806.83 | 4,845.83 | 4,845.83 | 90.29 | .00 |
| PRA RECEIVABLES MGMT, LLC AS AGE | Unsecured | 2,899.47 | 2,899.47 | 2,899.47 | 53.22 | .00 |
| RAKEMAN PLUMBING | Unsecured | 5,800.00 | NA | NA | .00 | .00 |
| RECONTRUST COMPANY | Other | NA | NA | NA | .00 | .00 |
| REPUBLIC SERVICES | Secured | 458.26 | 1,145.20 | .00 | .00 | .00 |
| ROSICKI, ROSICKI & ASSOCIATES PC | Other | NA | .00 | .00 | .00 | .00 |
| SACRAMENTO COUNTY UTILITY | Unsecured | 169.28 | NA | NA | .00 | .00 |
| SEARS | Other | NA | NA | NA | .00 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Other | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | 1.00 | 6,744.42 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARIA C. MANGOBA                      Case No.: 08-3-2232 DM

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL NATIONAL B | Unsecured | 2,479.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing: | 661,854.80 | .00 | .00 |
|    Mortgage Arrearage: | 388.25 | 388.25 | 1,220.02 |
|    Debt Secured by Vehicle: | .00 | .00 | 6,780.42 |
|    All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 662,243.05 | 388.25 | 8,000.44 |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage: | .00 | .00 | .00 |
|    Domestic Support Ongoing: | .00 | .00 | .00 |
|    All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 225,463.97 | 4,139.34 | .00 |

**Disbursements:**

| | | |
|---|---|---|
|    Expenses of Administration: | $6,431.97 | |
|    Disbursements to Creditors: | $12,528.03 | |
| **TOTAL DISBURSEMENTS:** | | $18,960.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/28/2014                      By: /s/David Burchard
                                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT

Northern District of California

| | |
|---|---|
| IN RE:<br>MARIA C. MANGOBA | CASE NO:<br>08-3-2232 DM |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document: Trustee's Final Report and Account

Dated: 03/18/2014

/s/
Cecilia Marcelo
Closed Case Administrator

MARIA C. MANGOBA
195 GUTTENBURG ST SAN FRANCISCO, CA 94112

RICHARD A. LACAVA
3814 24TH ST #202 SAN FRANCISCO, CA 94114-3861